No. 114.  Ex parte Pérez.—Appeal from the District Court of San Juan.  Decided June 10, 1904.  Withdrawn on motion of the appellant.  *Mr. López Landrón,* for appellant.

———

No. 43.  Ex parte García.—Appeal from the District Court of Arecibo.  Decided June 10, 1904.  The appeal was declared abandoned by reason of the nonappearance of the appellant.

———

No. 94.  Ponce Railway and Light Company *v.* La Compañía Anónima de la Luz Eléctrica de Ponce.—Appeal from the District Court of Ponce.  Decided June 15, 1904.  Withdrawn on motion of the appellant.  *Mr. Savage,* for appellant.

———

No. 45.  Giménez *v.* Santana et al.—Appeal from the District Court of San Juan.  Decided June 24, 1904.  The appeal was declared abandoned by reason of the nonappearance of the appellant.

———

No. 2.  Pietri *v.* Soto Nusa et al.—Application for a writ of *mandamus.*  Decided August 2, 1904.  Application denied.  *Mr. Angel Acosta,* for relator.

———

No. 39.  Argüeso et al. *v.* Müllenhoff & Körber.—Appeal from the District Court of San Juan.  Decided August 8, 1904.  Withdrawn on motion of the appellant.  *Mr. López Landrón,* for appellant.